IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | : | |
| Austin Valentine | : | Case No. 19-24891 |
|    Debtor | : | Chapter 13 |
| | : | |
| | : | |

## **MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

Pursuant to 11 U.S.C. § 706, Austin Valentine, ("Debtor) requests that this Court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code), on the grounds set forth below:

1. On November 6, 2019, the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date   October 7, 2021

Respectfully submitted on behalf of Debtor
/s/ Alisha Gordon
Alisha Elaine Gordon
MD Federal Bar 19678
Law Office of A Gordon, PC
1101 Connecticut Ave., Suite 450
Washington, D.C. 20036
202.509.4680
alisah@agordonatlaw.com

1

CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of October 2021 a copy of the foregoing Motion to Convert case was sent by electronic mail to all parties registered to receive notice through the Court's CM/ECF system and was additionally sent by first-class mail, postage prepaid, to the following:

Alisha Elaine Gordon alisha@agordonatlaw.com, agordon188@aol.com
John M. Oliveri joliveri@oliveriandassociates.com, tlarsen@oliveriandassociates.com
Scott R. Robinson scottr@hbllaw.com, BeckyL@hbllaw.com, CathyF@hbllaw.com
Gerard Richard Vetter ECF@ch13balt.com, Towson13@ecf.epiqsystems.com


      I hereby certify that the foregoing document was the US Mailed postage pre-paid on the 7th day of October 2021 to the following:

Austin Valentine


And all interested parties listed on the attached mailing matrix


                                                                           /s/ Alisha Gordon
                                                                           Alisha Gordon, Esq.